UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA MIHALICH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>                    Defendants. | Case No. 3:14-CV-00600-DRH-SCW<br><br>Complaint Filed:  May 23, 2014 |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT
AND ALTERNATIVE MOTION TO STRIKE**

Dan H. Ball #6192613
dhball@bryancave.com
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone:   (314) 259-2000
Facsimile:     (314) 259-2020

Richard B. Goetz
(admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:     (213) 430-6407

Matthew D. Powers
(admitted *Pro Hac Vice*)
Victoria L. Weatherford
(admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:     (415) 984-8701

*Attorneys for Defendants
Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc.*

Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies, Inc. ("J&J" or "Defendants") move the Court for an order dismissing Plaintiff Barbara Mihalich ("Plaintiff")'s Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure, and/or an order striking Plaintiff's class allegations pursuant to Rule 12(f), for reasons set forth in Defendants' Memorandum in Support of this Motion and incorporated herein.

1.     As set forth in Defendants' Memorandum, Plaintiff is attempting to transform a "no injury" products liability case into a consumer protection claim under the Illinois Consumer Fraud Act ("CFA").  But the fact that a product might theoretically pose a risk to others does not grant uninjured purchasers like Plaintiff the right to sue, and Plaintiff has suffered no "actual damages" under the CFA.

2.     Accordingly, J&J seeks an order: (1) dismissing Plaintiff's entire Complaint because she has not suffered an "injury" for Article III standing purposes or for purposes of stating a claim under the Illinois Consumer Fraud Act ("CFA"), 815 ILCS 505/1 *et seq.*; (2) dismissing Plaintiff's fraud-based CFA claim because it fails to meet the heightened pleading standard of Rule 9(b); (3) dismissing and/or striking Plaintiff's class action allegations because the class definitions are overbroad and are not capable of being ascertained; (4) dismissing and/or striking Plaintiff's prayer for injunctive relief for lack of standing; (5) striking Plaintiff's references to the Missouri Merchandising Practices Act (MMPA), and (6) dismissing Plaintiff's unjust enrichment claim because she suffered no actual detriment.

WHEREFORE, Defendants respectfully request this Court issue an order granting their requested relief and for such other and further relief as this Court deems just.

Dated: August 11, 2014

Respectfully submitted,

/s/ Dan H. Ball
_____
Dan H. Ball, #6192613
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Richard B. Goetz
(admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Matthew D. Powers
(admitted *Pro Hac Vice*)
Victoria L. Weatherford
(admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants*
*Johnson & Johnson and Johnson & Johnson*
*Consumer Companies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2014, a true and correct copy of the foregoing document was served upon all counsel of record per the Court's electronic notification system.

/s/ Dan H. Ball
_____